**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CARRIER CREDIT SERVICES, INC.,**
as agent for Sea Star Line, LLC,

      Plaintiff,

v.                                        **CASE NO. 3:05-cv-30-J-99MMH**

**CORTES EXPRESS, INC.,**

      Defendant                    /

## DEFAULT JUDGMENT

This matter is before the Court upon plaintiff's Motion for Default Judgment (Doc. #10) filed July 1, 2005 against defendant Cortes Express, Inc., pursuant to Rule 55(b), Fed. R. Civ. P.  It appearing to the Court that said defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and that the plaintiff's claim against the defendant is for a sum certain as evidenced by the affidavits attached to plaintiff's motion filed herein, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion is **GRANTED**.  The Clerk is directed to enter judgment in favor of the plaintiff, Carrier Credit Services, Inc. And against the defendant, Cortes Express, Inc., for the following amounts;

    1.)    Demurrage Charges in the amount of $14,035.00;

    2.)    Collection Expense Fee" in the amount of $4,912.25;

    3.)    Statutory Fee pursuant to 28 U.S.C. §1923 (a) in the amount of $20.00;

    4.)    Filing fee in the amount of $150.00;

    5.)    Service of Process in the amount of $25.00; and

  6.)  Interest accrued at the rate of 7% per annum from June 28, 2004 through the date of judgment.

The Clerk shall close the file.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, this 13th day of September, 2005.

                  _____
                  JOHN H. MOORE II
                  United States District Judge

Copies:  Counsel of Record